[No. 14283-0-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL O'DELL THURMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00342-5, J. Dean Morgan, J., entered August 13, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 14836-6-II.   Division Two.   March 4, 1992.]

*In the Matter of the Estate of* R.C. BRAZEL.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-4-01396-0, Frederick B. Hayes, J., entered March 1, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13182-0-II.   Division Two.   March 4, 1992.]

WASHINGTON FEDERATION OF STATE EMPLOYEES, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-00480-9, Carol A. Fuller, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Swanson, J. Pro Tem.